FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALISIA TREVINO, | No. 2:25-CV-00388-MKD |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | **ECF No. 16** |
| HOMESITE INSURANCE COMPANY, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 16. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 16** is **GRANTED**.

ORDER - 1

2.      Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3.      All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

DATED July 21, 2026.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2